McGREGOR W. SCOTT
United States Attorney
LAURA WITHERS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN JAMES RODRIGUEZ <br><br> Defendants. | CASE NO. 1:20-cr-00122 NONE-SKO <br><br> MOTION AND ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 30, 2020 charging the above defendant with violations of 18 U.S.C. § 2252(a)(2) – Receipt and Distribution of Material Involving the Sexual Exploitation of Minors;

18 U.S.C. § 2253(a) – Criminal Forfeiture , be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: July 30, 2020            Respectfully submitted,

Motion to Seal Indictment            1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        McGREGOR W. SCOTT
                                        United States Attorney

                     By     /s/ LAURA WITHERS
                             LAURA WITHERS
                             Assistant U.S. Attorney

    IT IS SO ORDERED.

Dated:  July 30, 2020        */s/ Erica P. Grosjean*
                                  ERICA P. GROSJEAN
                                  U.S. Magistrate Judge