PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>          v.<br><br>JONATHAN JAMES RODRIGUEZ,<br><br>                       Defendant. | Case No: 1:20-cr-00122 JLT/SKO<br><br>**STIPULATION TO CONTINUE JANUARY 13, 2023 SENTENCING HEARING TO FEBRUARY 27, 2023; ORDER**<br><br>Date:  February 27, 2023<br>Time:  10:00 a.m.<br>Ctrm:   4<br><br>Hon. Jennifer L. Thurston |

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Brian W. Enos, on behalf of the government, and Harry M. Drandell, Esq., on behalf of defendant Jonathan James Rodriguez ("Rodriguez"), that this action's January 13, 2023 sentencing hearing be continued to Monday, February 27, 2023, at 10:00 am in Courtroom 4.

The parties base this stipulation on good cause and therefore ask the court to endorse this stipulation by way of formal order.  Specifically,

1. This matter's change of plea hearing took place on September 23, 2022, wherein Rodriguez pleaded guilty to one count of receipt and distribution of material depicting the sexual

1

1. exploitation of minor, in violation of 18 U.S.C. § 2252(a)(2).  The change of plea hearing followed the parties' filing a signed plea agreement on August 19, 2022.  Dkts. 42 and 45.  At the conclusion of this hearing, the court scheduled sentencing to take place on January 13, 2023.  Dkt. 45.

2. Since this time, the parties have received U.S. Probation's draft Presentence Investigation Report ("PSR"), submitted their informal objections to the draft PSR, and received a final PSR.  Dkts. 48 and 49.

3. The parties have determined that they need more time to gather additional facts and information relevant to this matter's sentencing, and believe they can obtain this material within the next few weeks.  The parties have determined that they are both available to participate in a continued sentencing hearing on Monday, February 27, 2023 (10:00 am), and have likewise cleared the court's availability on this date with chambers.

4. The parties agree that they will file any (a) formal objections to the final PSR, and/or (b) sentencing briefs, no later than two weeks prior to the continued sentencing hearing, or by February 13, 2023.

IT IS SO STIPULATED.

Dated:  December 29, 2022

PHILIP A. TALBERT
United States Attorney

By:  /s/ Brian W. Enos
Brian W. Enos
Assistant United States Attorney

(*As authorized 12/29/22*)

Dated: December 29, 2022     By:   /s/ Harry M. Drandell
Harry M. Drandell, Esq.
Attorney for Defendant
Jonathan James Rodriguez

## [PROPOSED] O R D E R

IT IS ORDERED that

    (1) the sentencing hearing currently set for Friday, January 13, 2023 in Courtroom 4 is continued to Monday, February 27, 2023 at 10:00 a.m.; and

    (2) any formal objections to the final PSR and/or sentencing briefs shall be filed no later than fourteen (14) days prior to the continued sentencing date, or by Monday, February 13, 2023.

IT IS SO ORDERED.

Dated: **December 30, 2022**

UNITED STATES DISTRICT JUDGE

3