PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00122-JLT-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JONATHAN JAMES RODRIGUEZ, | |
| Defendant. | |

On November 16, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jonathan James Rodriguez in the following property:

    a.    Toshiba Satellite Laptop, Model Number P755-S5390, seized from defendant by law enforcement on or about January 16, 2020; and

    b.    Black Dell Notebook, Serial Number BCM94312HMG, seized from defendant by law enforcement on or about January 16, 2020.

Beginning on December 8, 2022, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

///

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

    a.    Karen Rodriguez:  On December 21, 2022, a notice letter was sent by certified mail to Karen E. Rodriguez at 14670 A Stone Lane #A, Sonora, CA 95370.  The PS Form 3811 ("green card" indicating delivery) was returned to the U.S. Attorney's Office unsigned; however, the certified parcel was not returned. According to the official U.S. Postal Service website, the certified mail parcel was delivered to an individual at the address on December 23, 2022.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed of according to law, including all right, title, and interest of Jonathan James Rodriguez and Karen E. Rodriguez.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **April 14, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE

2