**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA  93721
Phone: (559) 442-1041
Fax:  (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, JONATHAN J. RODRIGUEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JONATHAN J. RODRIGUEZ,<br><br>          Defendant. | **Case No.: 1:20-CR-00122 JLT**<br><br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND ORDER** |

On July 30, 2020, Defendant, Jonathan Rodriguez was indicted on federal charges.  CJA Panel Attorney, Harry M. Drandell was appointed as trial counsel to represent Mr. Rodriguez on August 10, 2020, in his criminal case.  Mr. Rodriguez was sentenced pursuant to plea agreement on March 6, 2023.  The time for filing a direct appeal was March 20, 2023.  No direct appeal was files.  Mr. Rodriguez self-surrendered to the Bureau of Prisons as directed on March 20, 2023.  The trial phase of Mr. Rodriguez's criminal case has, therefore, come to an end.  Having completed his representation of Mr. Rodriguez, CJA attorney Harry M. Drandell now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Rodriguez require further legal assistance, he has been advised to contact the

MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND ORDER

Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  July 12, 2023          HARRY M. DRANDELL
                               Law Offices of Harry M. Drandell

                       By:     /s/ Harry M. Drandell
                               HARRY M. DRANDELL
                               Attorney for Defendant, JONATHAN J. RODRIGUEZ

# O R D E R

Having reviewed the notice and found that attorney Harry M. Drandell has completed the services for which he was appointed, the Court hereby grants attorney Harry M. Drandell's request for leave to withdraw as defense counsel in the matter.  Should defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Jonathan J. Rodriguez, at the following address and to update the docket to reflect Defendant's pro se status and contact information;

Jonathan James Rodriguez; BOP #79145-097
FCI Mendota
33500 W. California Avenue
Mendota, CA  93640

IT IS SO ORDERED.

Dated:    July 13, 2023

UNITED STATES DISTRICT JUDGE

MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD
AND ORDER
- 2 -