IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:20-CR-00122-1-JLT |
| Plaintiff, | ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) ) | |
| JONATHAN JAMES RODRIGUEZ, | ) ) | |
| Defendant. | ) ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be re-appointed to represent him in seeking Miscellaneous Relief to enforce the terms of the judgement regarding the restitution payment schedule imposed May 3, 2023, and to recall, or quash, the writ of continuing garnishment in "related case" [Doc. 71] 1:24-mc-00021 SKO.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Harry Drandell be re-appointed to represent the above defendant in this case effective *nunc pro tunc* to August 20, 2024.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **August 26, 2024**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

-1-